UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO ROYAL,<br><br>Defendant. | Case No.  CR 08-405 CW<br>         CR 15-118 CW<br><br>**ORDER TO SHOW CAUSE RE:<br>JOHNSON CLAIM RAISED IN<br>SECTION 2255 MOTION** |
|---|---|

Before the Court is the motion of Antonio Royal (Movant) for an order under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holding in Johnson v. United States, 135 S. Ct. 2551 (2015).

The following deadlines will apply, unless the parties submit a stipulation and order for a shorter briefing schedule: (1) within 75 days after the § 2255 motion was filed, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the court should not "vacate, set aside or correct the sentence" being served by Movant; (2) Movant shall file a reply brief 45 days after the opposition is filed. Thereafter, the matter will be deemed submitted on the papers, unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: June 27, 2016

CLAUDIA WILKEN
United States District Judge