IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO ROYAL,<br><br>Defendant. | Case No. 15-cr-00118 CW<br><br>**ORDER CONTINUING PROCEEDINGS RE: VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE** |

This matter is continued to May 26, 2022, at 1:00 p.m., for admission or denial of alleged supervised release violations before the undersigned. If Defendant intends to admit the alleged violations of the terms of his supervised release, then the admission and disposition of this matter will be held on May 26, 2022, at 1:00 p.m., and the parties and Probation shall file their disposition memoranda no later than May 19, 2022. Instructions for remote access will be posted on the docket at a later date. If Defendant intends to deny the violations, he shall notify the Court no later than May 19, 2022, and this matter will be reset for an evidentiary hearing. The parties shall then contact Courtroom Deputy Brittany Sims to determine dates on which evidentiary hearings can be held by videoconference and shall advise her of the dates on which the parties and any necessary witnesses are available for an evidentiary hearing by videoconference.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.

IT IS SO ORDERED.

Dated: April 11, 2022

CLAUDIA WILKEN
United States District Judge