WALTER F. BROWN (SBN 130248)
wbrown@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: 628-432-5111
Facsimile:  202-204-7379

JOHN HAMMEL STRAUSS (*pro hac vice*)
jhstrauss@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:    +1 212 373 3000
Facsimile:    +1 212 757 3990

Attorneys for Defendant
ANTONIO ROYAL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:15-cr-00118-CW |
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE HEARING FROM APRIL 26, 2022 TO MAY 26, 2022** |
| v. | |
| ANTONIO ROYAL, | |
| Defendant. | |

  The parties are actively engaged in discussions regarding the disposition of this matter.  In order to allow time for the parties to continue to discuss a disposition, the parties stipulate and respectfully request that the Court reschedule Mr. Royal's hearing on supervised release violations, currently set for April 26, 2022 at 1:30 pm, to May 26, 2022 at 1:00 pm.  The parties propose this date based on communication with the Courtroom Deputy regarding the Court's availability.

///

///

STIPULATION
CASE NO. 4:15-cr-00118-CW

| | | |
|---|---|---|
| 1 | Dated: April 8, 2022 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | |
| 3 | | By: /s/ *Walter F. Brown* <br> WALTER F. BROWN <br> Attorney for Defendant <br> ANTONIO ROYAL |
| 6 | Dated: April 8, 2022 | By: /s/ *Cynthia Johnson* <br> CYNTHIA JOHNSON <br> Assistant United States Attorney |

- 2 -

STIPULATION
CASE NO. 4:15-cr-00118-CW

**ORDER**

Pursuant to the stipulation of the parties, the hearing on supervised release violations of Antonio Royal currently scheduled on April 26, 2022 at 1:30 pm is rescheduled to May 26, 2022 at 1:00 pm.

IT IS SO ORDERED.

DATED: 4/11/2022

HON. CLAUDIA WILKEN
United States District Judge

ORDER
CASE NO. 4:15-cr-00118-CW